IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff,                       No. CIV S-07-1302 LEW KJM P

    vs.

HDSP MEDICAL STAFF,

    Defendant.               ORDER

_____/

        Plaintiff, a state prisoner at High Desert State Prison, has filed a document styled as a "letter" seeking law library access, use of orthopedic devices and access to his legal documents. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff's July 2, 2007 letter is denied without prejudice;

3    2. Plaintiff is granted thirty days from the date of service of this order to file a
4    complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
5    Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned
6    this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also
7    submit, within thirty days from the date of this order, the application to proceed in forma
8    pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.
9    Plaintiff's failure to comply with this order will result in a recommendation that this matter be
10   dismissed; and

11   3. The Clerk of the Court is directed to send plaintiff the court's form for filing a
12   civil rights action, and the application to proceed in forma pauperis by a prisoner.

13   DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

16   /mp
thom1302.nocompl