IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

       Plaintiff,                    No. CIV S-07-1302 LEW KJM P

   vs.

HDSP MEDICAL STAFF,

       Defendants.              FINDINGS & RECOMMENDATIONS

_____/

       By order filed July 27, 2007, plaintiff was informed that this court would not treat his letter as a civil rights complaint and was given thirty days leave to file a complaint and a request to proceed in forma pauperis. The thirty day period has now expired, and plaintiff has not filed a complaint or a request to proceed in forma pauperis. He has written several letters to the court, asking for copies of his original letter or of one of the pages which, he alleges, contains a list of the defendants in his proposed civil rights action. The letter does not contain a list of defendants. Moreover, plaintiff has been informed that the court will not make copies of documents for him, whether or not he is indigent.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

8  DATED:  October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2
thom1712.fta